```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
NEW YORK CITY & VICINITY DISTRICT                           :
COUNCIL OF CARPENTERS,                                      :
                                    Plaintiff,              :      21 Civ. 3058 (LGS)
                                                            :
                 -against-                                  :           ORDER
                                                            :
EMPIRE STATE REALTY TRUST,                                  :
                                    Defendant.              :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on April 8, 2021, Petitioner filed a "petition to confirm in part and vacate or modify in part an arbitration award and vacate a supplemental arbitration award . . . ." Dkt. No. 1. It is hereby

**ORDERED** that by **May 7, 2021**, the parties shall file a joint proposed briefing schedule.

Dated: May 4, 2021
       New York, New York

                                            _____
                                               **LORNA G. SCHOFIELD**
                                            **UNITED STATES DISTRICT JUDGE**